# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

144726 & (67)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DANETTA SIMPSON,
        Plaintiff-Appellant,

v

MEMBERSELECT INSURANCE COMPANY,
        Defendant-Appellee.

SC: 144726
COA: 299658
Wayne CC: 09-008559-CK

_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the November 22, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

_____
Clerk

t0618